THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DAVID JACOBS, Appellant.

Submitted July 8, 1955; decided July 8, 1955.

*Arnold M. Leibowitz* for motion.

*Frank S. Hogan, District Attorney,* for the People of the State of New York.

Motion granted and case set down for argument during the October, 1955, session of the Court of Appeals.